IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TURKESSA MARCUS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-290 (MTT) |
| **COLONY WEST APARTMENTS,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This Court entered an Order on December 20, 2013, instructing the Plaintiff to advise the Court, no later than January 6, 2014, as to the status of her efforts to serve the Defendants, and to show cause why her case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve the Defendants. (Doc. 3). The Plaintiff did not respond to the Court's show cause order. Pursuant to Rule 4(m), the Court, after notice to the Plaintiff, must dismiss the action without prejudice if the Defendant is not served within 120 days after the complaint is filed, unless the Plaintiff shows good cause for the failure or the Court, in its discretion, extends the time for service without a showing of good cause. Fed. R. Civ. P. 4(m).

The Plaintiff, having failed to respond to the Court's show cause order, has made no showing of good cause. Further, the Court finds no other circumstances warrant an extension of time. Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this the 27th day of January, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT